**Electronically Filed
Supreme Court
SCPW-11-0000086
28-FEB-2011
10:08 AM**

NO. SCPW-11-0000086

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JENNIFER P. NAIPO, Petitioner,

vs.

THE HONORABLE PATRICK W. BORDER, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I;
ESHELL MITCHELL; ALBERT H.D. YUEN, OR HIS SUCCESSOR
TRUSTEE, AS TRUSTEE OF THE ALBERT H.D. YUEN REVOCABLE
TRUST; ARNETTE YUEN; NADINE MACHADO; ROBERT YUEN; and
NANEA YUEN, Respondents.

---

ORIGINAL PROCEEDING
(CIVIL NO. 09-1-1147-05)

ORDER
(By: Duffy, J. for the court[1])

Upon consideration of the petition for a writ of
mandamus filed by petitioner Jennifer P. Naipo, and the papers in
support,

IT IS HEREBY ORDERED that the respondent judge and
respondent Eshell Mitchell shall, within ten days from the date
of this order, file answers to the petition.

DATED:  Honolulu, Hawai'i, February 28, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and
Circuit Judge Trader, assigned by reason of vacancy.